**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **VICKI PIONTEK,** | * | |
| Plaintiff | * | |
| v. | * | Case No.: 1:11-cv-1545-PJM |
| **ATM ENTERPRISES, INC.** | * | |
| **Defendant** | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF DISMISSAL WITH PREJUDICE

Plaintiff dismisses this action with prejudice.

Dated: August 25, 2011                    Respectfully Submitted,


                                         /s/ E. David Hoskins
                                         E. David Hoskins, Bar No. 06705
                                         LAW OFFICES OF E. DAVID HOSKINS, LLC
                                         Quadrangle Building at Cross Keys
                                         2 Hamill Road, Ste. 362
                                         Baltimore, Maryland  21210
                                         (410) 662-6500 (Tel.)
                                         (410) 662-7800 (Fax)
                                         *dhoskins@hoskinslaw.com*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 25th day of August, 2011, a copy of the foregoing was served via e-mail on the following:

            rsw@weinberglaw.com
            Roger S. Weinberg, Esquire
            Law Offices of Roger S. Weinberg, LLC
            308 W. Pennsylvania Avenue
            Towson, Maryland  21204


This 25th day of August, 2011.          */s/ E. David Hoskins*